UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

KEVIN P. MILLER, )
 )
        Plaintiff, )
 )
        v. )    No. 4:05-CV-286-MLM
 )
CAPLACO TWENTY FIVE, INC., et al., )
 )
        Defendants. )

## ORDER OF DISMISSAL
## PURSUANT TO 28 U.S.C. § 1915(e)(2)(B)

**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith. See 28 U.S.C. § 1915(a)(3).

Dated this   20th   day of May, 2005.

                         /s/Donald J. Stohr
                         UNITED STATES DISTRICT JUDGE